UNITED STATES OF AMERICA
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Docket No. 3:98-CR-107-001 |
| MALCOLM L. SCARBROUGH, | ) |
| Defendant. | ) |

RELEASE OF JUDGMENT LIEN

The United States of America releases the judgment lien entered on the above-styled case in the District Court for the Eastern District of Tennessee. The United States hereby releases the Notice of Lien filed by our office on September 29, 1999, in Blount County, Tennessee, and recorded in Book Vol. 9, Page 381, and as Instrument # 0016196301.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

Anne-Marie Svolto
Assistant United States Attorney
Tennessee BPR No. 025716
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Anne-Marie.Svolto@usdoj.gov

Sworn before me this 25 day of June, 2013.

Notary Public

My comm. expires: July 3, 2016



# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*Anne-Marie Svolto*
Anne-Marie Svolto
Assistant United States Attorney